# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 11/13/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
)
Bobby Ray White, Jr. )  Case No: 5:98-CR-158-1BO
)  USM No: 18008-056
Date of Original Judgment: February 17, 1999 )
Date of Previous Amended Judgment: )  Robert Waters
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 292 months **is reduced to** 262 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 17, 1999, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11-13-15

*Judge's signature*

Effective Date: November 1, 2015      Terrence W. Boyle, U.S. District Judge
*(if different from order date)*                  *Printed name and title*

EDNC Rev. 11/8/2011